# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155430(44)

ELISSA KOOPMANS SCHWARTZ,
　　　　　Plaintiff-Appellee,

v

REAL ESTATE ONE, INC., CHRISTOPHER
LEE, and JAN BRITTON,
　　　　　Defendants-Appellants.
_____/

SC: 155430
COA: 328727
Oakland CC: 2015-146323-NM

　　　　On order of the Court, the motion of plaintiff-appellee to file a response to the amicus curiae brief filed by the Michigan Realtors is GRANTED. The response submitted on May 16, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2017



Clerk